JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Espinoza,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Colfin AI-CA4 LLC, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 14-00265-JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED. The Court orders that such judgment be entered.

Dated: June 19, 2014

　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge

JS - 6